FORM 2
COVER SHEET

# In The United States Court of Federal Claims

Cover Sheet

04- 165C

Plaintiff(s) or Petitioner(s) Washington Office Center, L.L.C.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Robert P. Watkins

Firm Name: Williams & Connolly LLP

Post Office Box:

Street Address: 725 12th Street, N.W.

City-State-Zip: Washington, D.C. 20005

Telephone & Facsimile Numbers: (202) 434-5151 & (202) 434-5029 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 0 4

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: G S A

See attached sheet for three digit codes.

Amount Claimed: $>1 million

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only)

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.