ORIGINAL

FILED
FEB - 6 2004
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| WASHINGTON OFFICE CENTER L.L.C., *Plaintiff,* | No. 04 - 165C |
| v. | |
| UNITED STATES OF AMERICA, *Defendant.* | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to United State Court of Federal Claims Rule 7.1, plaintiff Washington Office Center L.L.C. states that it is a wholly owned subsidiary of Vornado Realty L.P.

Respectfully submitted,

Robert P. Watkins

Robert P. Watkins
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000
*Counsel for Plaintiff*

Dated: February 6, 2004

Of Counsel:

Charles Davant IV
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (fax)