IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WASHINGTON OFFICE CENTER L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 04-165C<br>(Judge Block) |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of this Court, defendant respectfully requests a 30-day enlargement of time to and including May 6, 2004, within which to respond to plaintiff's complaint. The Government's response is currently due on April 6, 2004. This is defendant's first request for an enlargement of time for this purpose. Plaintiff's counsel has indicated that he does not oppose this motion.

This enlargement motion is necessary because counsel for the United States has not obtained a litigation report from the agency. See 28 U.S.C. § 520.

This request is also necessary because this case was assigned while the undersigned counsel was in Florida for a trial from February 29, 2004 through March 13, 2004 in the matter of Southern Comfort Builders, Inc. v. United States, No. 00-755C (Fed. Cl.). In addition, Government counsel will be out of the office from March 23, 2004 through March 31, 2004. The undersigned must also file a joint status report in Curtis v. United States, No. 00-632C (Fed. Cl.) no later than March 23, 2004, a respondent's brief in Rason v. Department of Veterans Affairs, No. 04-7069 (Fed. Cir.) no later than April 12, 2004, and a joint preliminary status report in

Hughes v. United States, No. 03-1760C (Fed. Cl.) by April 19, 2004. In addition, in the matter of Riley Construction Co., Inc. v. United States, No. 02-953C (Fed. Cir.), the Government must take depositions and prepare for and conduct a trial on liability that will occur during the week of May 10, 2004. Accordingly, the additional time is necessary to enable Government counsel to obtain and review the litigation report, analyze its supporting documentation, evaluate the complaint, confer with agency counsel, draft an appropriate response and obtain supervisory review of the response.

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for an enlargement of time of 30 days, to and including May 6, 2004, within which to respond to plaintiffs' amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-3390
Fax (202) 305-2118
Attorneys for Defendant

March 22, 2004