IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WASHINGTON OFFICE CENTER L.L.C.<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-165C<br>(Judge Block) |

**DEFENDANT'S ANSWER**

For its answer to the plaintiff's complaint, defendant admits, denies, and alleges as follows:

1. Admits the allegations contained in the first and second sentences of paragraph 1. Admits the allegations contained in the third sentence of paragraph 1 to the extent supported by the contract cited, which is the best evidence of its contents; otherwise denies the allegations contained in the third sentence of paragraph 1. Admits the allegations contained in the fourth sentence of paragraph 1.

2. The allegations contained in the first sentence of paragraph 2 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied. Denies the allegations contained in the second sentence of paragraph 2.

3. Admits the allegations contained in the first sentence of paragraph 3. The allegations contained in the second sentence of paragraph 3 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

4. Denies the allegations contained in the first and second sentences of paragraph 4 for

lack of knowledge or information sufficient to form a belief as to their truth. Admits the allegations contained in the third sentence of the paragraph 4.

5. Admits.

6. Admits.

7. The allegations contained in the paragraph 7 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

8. Admits.

9. The allegations contained in the paragraph 9 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

10. Admits the allegations contained in paragraph 10 to the extent supported by the solicitation for offers ("SFO"), which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 10.

11. Admits the allegations contained in paragraph 11 to the extent supported by the SFO, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 11.

12. Admits the allegations contained in paragraph 12 to the extent supported by the SFO, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 12.

13. Admits the allegations contained in paragraph 13 to the extent supported by the SFO, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 13.

14. Admits the allegations contained in paragraph 14 to the extent supported by the SFO,

which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 14.

15. Admits the allegations contained in paragraph 15 to the extent supported by the SFO, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 15.

16. Admits the allegations contained in paragraph 16 to the extent supported by the SFO, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 16.

17. Admits the allegations contained in paragraph 17 to the extent supported by the SFO, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 17.

18. Admits the allegations contained in paragraph 18 to the extent supported by the SFO, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 18.

19. Admits the allegations contained in paragraph 19 to the extent supported by the SFO, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 19.

20. Denies the allegations contained in the first sentence of paragraph 20. Admits the allegations contained in the second, third, and fourth sentences of paragraph 20.

21. Admits.

22. Denies.

23. Admits.

24. Denies the allegations contained in paragraph 24 for lack of knowledge or information sufficient to form a belief as to their truth.

25. Admits.

26. Admits the allegations contained in the first sentence of paragraph 26. Admits the allegations contained in the second and third sentences of paragraph 26 to the extent supported by document cited, which is the best evidence of its contents; otherwise denies the allegations contained in the second and third sentences of paragraph 26.

27. Denies.

28. Admits the allegations contained in paragraph 28 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 28.

29. Admits the allegations contained in paragraph 29 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 29.

30. Admits the allegations contained in paragraph 30 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 30.

31. Admits the allegations contained in paragraph 31 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 31.

32. Admits the allegations contained in paragraph 32 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations

contained in paragraph 32.

33. Admits.

34. Admits the allegations contained in paragraph 34 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 34.

35. Admits the allegations contained in the first sentence of paragraph 35. Admits the allegations contained in the second sentence of paragraph 35 in that the Government agrees that it paid WOC annual rent, that included operating cost adjustments; otherwise denies the allegations contained in the second sentence of paragraph 35. Admits the allegations contained in the third sentence of paragraph 35.

36. Admits the allegations contained in the first sentence of paragraph 36. Denies the allegations contained in the second and third sentences of paragraph 36.

37. Admits.

38. Admits the allegations contained in paragraph 38 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 38.

39. Admits the allegations contained in paragraph 39 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 39.

40. Admits the allegations contained in paragraph 40 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 40.

41. Admits the allegations contained in paragraph 41 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 41.

42. Admits the allegations contained in paragraph 42 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 42.

43. Admits the allegations contained in paragraph 43 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 43.

44. Admits the allegations contained in paragraph 44 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 44.

45. Admits.

46. Admits.

47. Admits.

48. Admits the allegations contained in the first and second sentences of paragraph 48 to the extent supported by the lease in effect at the time, which is the best evidence of its contents; otherwise denies the allegations contained in the first and second sentences of paragraph 48. Denies the allegations contained in the third sentence of paragraph 48. The allegations contained in the fourth and fifth sentences of paragraph 48 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

49. Denies.

50. Admits the allegations contained in the first sentence of paragraph 50 to the extent supported by the lease in effect at the time; otherwise denies the allegations contained in the first sentence of paragraph 50. Denies the allegations contained in the second sentence of paragraph 50. The allegations contained in the third and fourth sentences of paragraph 50 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

51. Denies.

52. Admits the allegations contained in the first sentence of paragraph 52 to the extent supported by the lease in effect at the time; otherwise denies the allegations contained in the first sentence of paragraph 52. Denies the allegations contained in the second sentence of paragraph 52. The allegations contained in the third and fourth sentences of paragraph 52 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

53. Denies.

54. Admits the allegations contained in the first sentence of paragraph 54 to the extent supported by the lease in effect at the time; otherwise denies the allegations contained in the first sentence of paragraph 54. Denies the allegations contained in the second sentence of paragraph 54. The allegations contained in the third and fourth sentences of paragraph 54 constitute conclusions of law to which no answer is required; to the extent they may be deemed allegations of fact, they are denied.

55. Denies.

56. The allegations contained paragraph 56 constitute conclusions of law to which no

answer is required; to the extent they may be deemed allegations of fact, they are denied.

57. Admits the allegations in paragraph 57 that WOC contacted the Government and alleged underpayment; otherwise denies the allegations contained in paragraph 57.

58. Admits the allegations contained in paragraph 58 to the extent that, on the dates cited, WOC alleged underpayments were made; otherwise denies the allegations contained in paragraph 58.

59. Admits.

60. Defendant's responses to paragraphs 1 through 59 of the complaint are incorporated by reference.

61. The allegations contained in paragraph 61 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

62. The allegations contained in paragraph 62 constitute conclusions of law to which no answer is required; to the extent they are deemed allegations of fact, they are denied.

63. Denies that plaintiff is entitled to the relief set forth in the prayer for relief immediately following paragraph 62, or to any relief whatsoever.

64. Denies each and every allegation not previously admitted or otherwise qualified.

AFFIRMATIVE DEFENSES

65. Plaintiff's claim is barred by payment.

66. Plaintiff's claim is barred by estoppel.

67. Plaintiff's claim is barred by accord and satisfaction.

WHEREFORE, defendant request that the Court enter judgment in its favor, order that the complaint be dismissed, and grant defendant such other and further relief as the Court may

deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/ David R. Feniger
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-3390
Fax (202) 305-2118
Attorneys for Defendant

May 6, 2004