**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WASHINGTON OFFICE CENTER L.L.C., *Plaintiff,* | ) | |
| v. | ) | No. 04-165C (Judge Block) |
| UNITED STATES OF AMERICA, *Defendant.* | ) | |

**JOINT PRELIMINARY STATUS REPORT**

Pursuant to Rule 16(b) and Appendix A of this Court's Rules (RCFC), Plaintiff and Defendant respectfully submit the following Joint Preliminary Status Report (JPSR).

## I. PRELIMINARY MATTERS

**(a) Does the Court have jurisdiction over the action?**

Plaintiff asserts jurisdiction pursuant to 28 U.S.C. § 1491 and 41 U.S.C. § 601-13. At this time, Defendant has no reason to believe that jurisdiction is not proper.

**(b) Should the case be consolidated with any other case?**

The parties agree that the case should not be consolidated with any other case.

**(c) Should trial of liability and damages be bifurcated?**

The parties agree that the trial of liability and damages should not be bifurcated.

**(d) Should further proceedings in this case be deferred pending consideration of another case before this court or any other tribunal?**

The parties agree that this case should not be deferred pending consideration of another case before this court or any other tribunal.

**(e) Will a remand or suspension be sought?**

The parties agree that no remand or suspension will be sought.

**(f) Will additional parties be joined?**

The parties agree that additional parties will not be joined.

**(g) Does either party intend to file a motion pursuant to RCFC 12(b), 12(c), or 56 and, if so, a schedule for the intended filing.**

Neither party intends to file a motion pursuant to RCFC 12(b), 12(c), or 56 at this time. However, Defendant intends to file a motion for summary judgment pursuant to RCFC 56 prior to resolution of this case, and Plaintiff reserves the right to file a motion for summary judgment pursuant to RCFC 56.

**(h) What are the relevant factual and legal issues?**

The issue is whether the United States has paid and is paying Washington Office Center L.L.C. the proper amount of rent due pursuant to a lease.

**(i) What is the likelihood of settlement? Is alternative dispute resolution contemplated?**

Although Plaintiff would consider a reasonable settlement offer and would consider alternative dispute resolution, at this early stage it is difficult to assess the likelihood that an agreement acceptable to both parties can be reached as to either issue.

**(j) Do the parties anticipate proceeding to trial? Does any party, or do the parties jointly, request expedited trial scheduling?**

Defendant anticipates filing a motion for summary judgment that it believes would be dispositive of the case. Although Plaintiff reserves the right to file dispositive motions, Plaintiff anticipates proceeding to trial.

**(k) Are there special issues regarding electronic case management needs?**

The parties agree that there are no special issues regarding electronic case management needs.

**(l) Is there other information of which the court should be aware at this time?**

The parties agree that there is no other information of which the court should be aware at this time.

## II. PROPOSED SCHEDULE:

| **Date** | **Event** |
|---|---|
| July 12, 2004 | Parties provide initial disclosures pursuant to Rule 26(a)(1) |
| January 31, 2005 | Parties provide expert witness disclosures pursuant to Rule 26(a)(2). |
| March 31, 2005 | Parties complete all discovery, including all document production, interrogatory responses, responses to requests for admission, and depositions. |
| April 29, 2005 | Dispositive motions due. |
| May 31, 2005 | Oppositions to dispositive motions due. |
| June 24, 2005 | Replies to Oppositions due. |

Respectfully submitted,

s/Robert P. Watkins_________________

ROBERT P. WATKINS

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

Of Counsel:
CHARLES DAVANT IV
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000
(202) 434-5029 (fax)

*Attorneys for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin________________
BRIAN M. SIMKIN
Assistant Director

s/David R. Feniger________________
DAVID R. FENIGER
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
(202) 307-3390
(202) 305-2118 (fax)

*Attorneys for Defendant*

July 2, 2004