# United States Court of Federal Claims

July 2, 2004

No. 04-165 C

WASHINGTON OFFICE CENTER L.L.C.,

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant.

## INITIAL SCHEDULING ORDER

Having considered the Joint Preliminary Status Report filed on July 2, 2004, it is ORDERED as follows:

1. The parties shall provide their initial disclosures by Monday, July 12, 2004.

2. The parties shall provide by Monday, January 31, 2005 the expert witness disclosures required by Rule 26(a)(2).

3. The parties shall complete discovery, including all responses to requests for document production, interrogatory responses, responses to requests for admission, and depositions, by Thursday, March 31, 2005.

4. Either party may file a dispositive motion by Friday, April 29, 2005, with any opposition thereto to be filed by Tuesday, May 31, 2005, and any reply to any opposition to be filed by Friday, June 24, 2005.

5. In the absence of a dispositive motion, the parties shall file a joint status report by Monday, May 2, 2005, with a proposed schedule for further proceedings.

s/ *Lawrence J. Block*
Lawrence J. Block
Judge