IN THE UNITED STATES COURT OF FEDERAL CLAIMS

WASHINGTON OFFICE CENTER L.L.C. )
)
Plaintiff, )
)
v. )
) No. 04-165C
) (Judge Block)
THE UNITED STATES, )
)
Defendant. )

**DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests that this Court enter a Protective Order prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the proposed Protective Order. Plaintiff's counsel does not oppose this motion.

For the foregoing reasons, defendant respectfully requests that this Court issue the proposed Protective Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 307-5958
Fax: (202) 305-2118

September 28, 2004

Attorneys for Defendant