# United States Court of Federal Claims

September 30, 2004

No. 04-165 C

WASHINGTON OFFICE CENTER L.L.C.,

Plaintiff,

versus

UNITED STATES OF AMERICA,

Defendant.

**ORDER ADDRESSING MOTION FOR A PROTECTIVE ORDER**

Before the court is defendant's motion filed on September 28, 2004 for a protective order, to which plaintiff is not opposed. However, defendant has failed to provide even *some* description of the information that is to be protected, or the reasons the court should issue the protective order. While the mutual assent of the parties is certainly a factor for the court to weigh in deciding whether or not a protective order should issue, it is not the paramount factor.

In consideration of all of the above, defendant's motion is DENIED, with the leave of the court to refile the motion.

s/*Lawrence J. Block*
Lawrence J. Block
Judge