IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WASHINGTON OFFICE CENTER L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-165C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR A PROTECTIVE ORDER**

Pursuant to Rule 26(c) of the Rules of the United States Court of Federal Claims, defendant respectfully requests that this Court enter a Protective Order prohibiting the disclosure of secret, confidential, and other proprietary information in accordance with the terms and conditions set forth in the attached proposed Protective Order. Plaintiff's counsel does not oppose this motion.

During discovery, plaintiff requested documents from the Government that were submitted during the bid evaluation period of the lease. These documents were submitted to the Government by potential contractors and contain procurement-sensitive information. Statute and regulation prohibit the public release of this procurement-sensitive information. 18 U.S.C. § 1805, 48 C.F.R. § 3.104-4. Accordingly, a protective order is necessary to restrict the public release of the information.

Additionally, in response to the Government's discovery requests, plaintiff has represented that it intends to provide confidential business information concerning plaintiff's and its affiliates' bids upon Government contracts, negotiations with tenants, and internal procedures. Plaintiff represented that the public release of such information could provide an unfair business

advantage to its competitors and prospective tenants.

For the foregoing reasons, defendant respectfully requests that this Court issue the proposed attached Protective Order.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 307-5958
Fax: (202) 305-2118

October 8, 2004

Attorneys for Defendant