IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WASHINGTON OFFICE CENTER L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-165C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR A STAY OF DISCOVERY

Pursuant to Rules of this Court, defendant respectfully requests a 30-day stay of discovery from January 31, 2005, to March 2, 2005. Defendant is authorized to state that plaintiff does not oppose this motion.

The parties have entered into settlement discussions to resolve this dispute without further litigation. To complete this process and conserve the parties' resources, a 30-day stay of discovery is necessary. Currently, several discovery deadlines are approaching, including the January 31, 2005 deadline to designate expert witness.

For these reasons, defendant respectfully requests that the Court grant defendant's unopposed motion for a stay of discovery, to and including March 2, 2005, to complete settlement discussions.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-5958
Fax (202) 305-2118
Attorneys for Defendant

January 24, 2005