IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WASHINGTON OFFICE CENTER L.L.C. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 04-165C |
| | ) | (Judge Block) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to the Court's February 1, 2005 order, defendant respectfully submits this status report regarding the parties' settlement discussions. Defendant is authorized to state that plaintiff concurs with this report.

The parties have entered into settlement discussions to resolve this dispute without further litigation. Following extensive discussions, on December 8, 2004, plaintiff presented defendant with a formal settlement offer. Currently, the Government is evaluating this offer. To complete this evaluation process and conserve the parties' resources, it is the Government's position that an additional stay of discovery is necessary. The Court previously granted the Government's motion for a 30-day stay of discovery.

The parties have agreed to treat discovery as stayed until and including March 30, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-5958
Fax (202) 305-2118
Attorneys for Defendant

March 2, 2005