IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| WASHINGTON OFFICE CENTER L.L.C.<br><br>Plaintiff,<br><br>v.<br><br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 04-165C<br>(Judge Block) |

<u>DEFENDANT'S STATUS REPORT</u>

Pursuant to the Court's March 4, 2005 order, defendant respectfully submits this status report regarding the parties' settlement discussions. Defendant is authorized to state that plaintiff concurs with this report.

The parties have entered into settlement discussions to resolve this dispute without further litigation. Following extensive discussions, on December 8, 2004, plaintiff presented defendant with a formal settlement offer. The Government has completed its review of the offer, and counsel for the Government is authorized to state that the Government has accepted the offer. The parties are currently drafting a settlement agreement to implement the terms of the settlement. To complete this process and conserve the parties' resources, it is the Government's position that a continued stay of discovery is necessary.

The parties have agreed to treat discovery as stayed until and including June 3, 2005. The parties anticipate filing a notice of dismissal prior to this date.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20005
Tel. (202) 307-5958
Fax (202) 305-2118
Attorneys for Defendant

March 30, 2005