**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WASHINGTON OFFICE CENTER L.L.C., *Plaintiff,* | ) | |
| v. | ) | No. 04-165C (Judge Block) |
| UNITED STATES OF AMERICA, *Defendant.* | ) | |

**STATUS REPORT**

Pursuant to the Court's March 30, 2005 Order, Plaintiff respectfully submits this status report. Plaintiff is authorized to state that Defendant concurs in this report. The parties have entered into a Settlement Agreement to resolve this dispute without further litigation. The parties are in the process of coordinating the payment and contract modification provided for in the Settlement Agreement, and the parties anticipate that performance will be complete within thirty days. When performance is complete, Plaintiff and Defendant will join in stipulating to dismissal with prejudice.

Respectfully submitted,

s/Robert P. Watkins
Robert P. Watkins
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

*Counsel for Plaintiff*

Dated: June 1, 2005

Of Counsel:

Charles Davant IV

WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000