**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| WASHINGTON OFFICE CENTER L.L.C., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 04-165C |
| | ) | (Judge Block) |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to RCFC 41(a)(1)(B), the parties stipulate that the complaint be dismissed with prejudice, with each party to bear its own costs, attorney fees, and expenses, except as otherwise provided in their settlement agreement.

Respectfully submitted,

s/Robert P. Watkins
ROBERT P. WATKINS
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
(202) 434-5000

*Attorney for Plaintiff*

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director
Authorized Representative
of the Attorney General

s/Thomas B. Fatouros
THOMAS B. FATOUROS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20005

(202) 307-5958
(202) 305-2118 (fax)

*Attorneys for Defendant*

July 6, 2005